[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10613
Non-Argument Calendar
_____

D.C. Docket No. 1:02-cr-20119-FAM-3


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LOUIS ASKEW,
a.k.a. Dreads,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 26, 2015)

Before ED CARNES, Chief Judge, HULL and ROSENBAUM, Circuit Judges.

PER CURIAM:

Philip R. Horowitz, appointed counsel for Louis Askew in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  In a *pro se* response to counsel's motion to withdraw, Askew requests the appointment of substitute counsel.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Askew's convictions and sentences are **AFFIRMED**.  Askew's *pro se* motion for substitute counsel is **DENIED**.  *See United States v. Young*, 482 F.2d 993, 995 (5th Cir. 1973).